## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

DR. HAFEZ M. BAZZI,

      Plaintiff,

vs.

ORKIN, LLC, a Delaware Limited
Liability Company,

        Defendant.

Case No. 19-cv-10366
Hon. Matthew F. Leitman

_____/

| | |
|---|---|
| Jordan S. Vahdat (P79237) | Ian K. Edwards (P82021) |
| **Vahdat Weisman Law** | **Dykema Gossett PLLC** |
| 17197 N. Laurel Park Dr., Ste. 500 | 39577 Woodward Avenue, Suite 300 |
| Livonia, MI 48152 | Bloomfield Hills, MI  48304 |
| (734) 469-4994 | (248) 203-0545 |
| Jordan@thevwlaw.com | iedwards@dykema.com |

_____/

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of the parties as evidenced by the signatures of their counsel below, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Orkin, LLC, is hereby dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED**.

*This is a final Order and Closes the Case.*

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 11, 2021

1

Approved as to form and content by:


By: */s/ Jordan S. Vahdat*
JORDAN S. VAHDAT (P79237)
**VAHDAT WEISMAN LAW**
*Attorneys for Plaintiff*


By: */s/ Ian K. Edwards (w/permission)*
Ian K. Edwards (P82021)
**Dykema Gossett, PLLC**
*Attorneys for Defendant Orkin, LLC*


Dated: March 11, 2021